IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CIONJA WEST,**<br><br>*Plaintiff,*<br><br>v.<br><br>**TRANSUNION LLC et al,**<br><br>*Defendants.* | **Case No. 2:23-cv-04051-JDW** |

### ORDER

AND NOW, this 10th day of June, upon consideration of Defendant Experian Information Solutions, Inc.'s Motion To Dismiss (ECF No. 16), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. The claims against Experian are **DISMISSED**, as follows:

1. All claims under 15 U.S.C § 1681s-2(b) are **DISMISSED WITH PREJUDICE**; and

2. All other claims are **DISMISSED WITHOUT PREJUDICE**.

Mr. West may file an Amended Complaint on or before June 24, 2024. Any Amended Complaint must identify all defendants in the caption and in the body of the Amended Complaint and must state the basis of Mr. West's claims against each Defendant. The Amended Complaint shall be a complete document that does not rely on the original Complaint or any other papers filed in this case. It must lay out all allegations in separately numbered paragraphs, and it must include enough factual

detail to demonstrate the factual plausibility of each of the claims that Mr. West asserts against each Defendant. Mr. West should pay attention to the reasoning in the accompanying Memorandum and use that as a guide in preparing any amended Complaint.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.